Jody L. Factor (admitted *pro hac vice*)
Patrick J. Smith (admitted *pro hac vice*)
FACTOR & LAKE, LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607
Telephone: 312.226.1818
Facsimile: 312.226.1919
jfactor@factor-lake.com
psmith@factor-lake.com

Jeffrey D. Wexler, State Bar No. 132256
LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, CA 90017
Telephone: 213.892.4992
Facsimile: 213.892.7731
jwexler@luce.com

Attorneys for Plaintiff
FIELDTURF USA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| FIELDTURF USA, INC., a Florida corporation, <br><br> Plaintiffs, <br><br> v. <br><br> YOURTURF, INC, a California corporation, <br><br> Defendant. | CASE NO. CV 09-0775 CJC (ANx) <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT YOURTURF, INC. TO ANSWER OR OTHERWISE RESPOND TO THE INITIAL COMPLAINT** |

1  WHEREAS, plaintiff FieldTurf USA, Inc. ("FieldTurf") served defendant YourTurf, Inc. ("YourTurf") with the Complaint on July 8, 2009;

2  WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), YourTurf's answer or other response to the Complaint is currently due on July 28, 2009; and

3  WHEREAS, pursuant to Local Rule 8-3, FieldTurf and YourTurf may stipulate without leave of Court that YourTurf may have up to a 30-day extension of time to answer or otherwise respond to the Complaint;

4  IT IS HEREBY STIPULATED between FieldTurf and YourTurf that YourTurf shall have a 30-day extension of time, up to and including August 27, 2009, to answer or otherwise respond to FieldTurf's Complaint filed on July 7, 2009.

DATED: July 28, 2009

Respectfully submitted,

FACTOR & LAKE, LTD.

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Jeffrey D. Wexler
Jeffrey D. Wexler
Attorneys for Plaintiff FieldTurf USA, Inc.

DATED: July 29, 2009

LAW OFFICES OF LEE DAVID LUBIN

By: /s/ Lee David Lubin
Lee David Lubin
Attorneys for Defendant YourTurf, Inc.

201036474.1

2